IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00145-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. ARTURO GOMEZ,

    Defendant.
_____

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____
**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on October 5, 2011 [Docket No. 104]. A Change of Plea hearing is set for **November 2, 2011 at 8:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

    ORDERED that the Trial Preparation Conference previously scheduled for **October 13, 2011 at 2:30 p.m.** and the trial set for **October 17, 2011** are VACATED as to this defendant.

    DATED October 11, 2011.