**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: February 10, 2012
Court Reporter: Janet Coppock                  Time: 30 minutes
Probation Officer: Kurt Thoene                 Interpreter: n/a

**CASE NO. 11-CR-00145-PAB-05**

<u>Parties</u>                                          <u>Counsel</u>

**UNITED STATES OF AMERICA,**                    Zachary Phillips


        Plaintiff,

vs.

**5.  ARTURO GOMEZ,**                            Richard Stuckey



        Defendant.

---

**SENTENCING**

---

**1:35 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00145-PAB-05
February 10, 2012

Comments by Mr. Phillips in support of the United States' § 5K1.1 Motion for Downward Departure From Sentencing Guideline Range (Doc #171), filed 2/10/12.

Comments by Mr. Stuckey.

**ORDERED:**  United States' § 5K1.1 Motion for Downward Departure From Sentencing Guideline Range (Doc #171), filed 2/10/12 is **GRANTED.**

Mr. Stuckey addresses sentencing.

Mr. Phillips addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **November 2, 2011** to count **One of the Information.**
**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **3** years.

**ORDERED: Conditions** of Probation are that:
- (**X**)    Defendant shall not commit another federal, state or local crime.
- (**X**)    Defendant shall not illegally possess controlled substances.
- (**X**)    Defendant shall not possess a firearm or destructive device.
- (**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Three
11-CR-00145-PAB-05
February 10, 2012

**ORDERED:** **Special Condition** of Probation are that:
    (**X**)    Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Remaining Court of the Superseding Indictment (Doc #169), filed 2/8/12, as to this defendant is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**2:05 p.m.**    **COURT IN RECESS**

**Total in court time:**    **30 minutes**

**Hearing concluded**